**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (6375)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for UNITE HERE HEALTH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| THE LAW OFFICES OF CHAD M. GOLIGHTLY, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>ONEYDY MORALES, an individual; UNIVERSITY MEDICAL CENTER; AUXILIARY OF RIVERSIDE COMMUNITY HOSPITAL; AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA; MARK GLYMAN, M.D., D.D.S. AND ERIC D. SWANSON, M.D., D.M.D. LIMITED; SOUTHERN HILLS MEDICAL CENTER, LLC; UNITE HERE HEALTH, a foreign corporation; American Medical Response of Southern California dba American Medical Response, a foreign corporation; DOES I through X; ROE CORPORATIONS XI through XX;<br><br>Defendants. | Case: 2:15-cv-01589-JAD-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant, Unite HERE Health (also known as Culinary Health Fund) certifies that the following have an interest in the outcome of this case: There are no known interested parties other than those participating in the case. These representations are made to enable judges of the court to evaluate possible recusal.

Dated this 21st day of August, 2015.

CHRISTENSEN JAMES & MARTIN

By:  */s/ Daryl E. Martin*
Daryl E. Martin, Esq.
7440 W. Sahara Ave.
Las Vegas, Nevada 89117
*Attorneys for UNITE HERE HEALTH*

## CERTIFICATE OF SERVICE

I am over the age of 18, I am employed by and am readily familiar with the practices of Christensen James & Martin ("Firm"). On the date of filing of the foregoing papers with the Clerk of Court the Firm caused a true and correct file-stamped copy of the CERTIFICATE OF INTERESTED PARTIES to be served in the following manner:

☒ ELECTRONIC SERVICE:   Pursuant to LR 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:   By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to counsel for the Plaintiff:

☐ OVERNIGHT COURIER:   By depositing a true and correct copy of the above-referenced document for overnight deliver via a nationally-recognized courier, addressed to the parties listed on the attached service list at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list and with the set forth facsimile numbers.

CHRISTENSEN JAMES & MARTIN

By:   */s/ Natalie Saville*

-2-