**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (6375)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for UNITE HERE HEALTH*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| THE LAW OFFICES OF CHAD M. GOLIGHTLY, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>ONEYDY MORALES, an individual; UNIVERSITY MEDICAL CENTER; AUXILIARY OF RIVERSIDE COMMUNITY HOSPITAL; AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA; MARK GLYMAN, M.D., D.D.S. AND ERIC D. SWANSON, M.D., D.M.D. LIMITED; SOUTHERN HILLS MEDICAL CENTER, LLC; UNITE HERE HEALTH, a foreign corporation; American Medical Response of Southern California dba American Medical Response, a foreign corporation; DOES I through X; ROE CORPORATIONS XI through XX;<br><br>Defendants. | Case: 2:15-cv-01589-JAD-PAL<br><br>**CERTIFICATE OF SERVICE** |
| UNITE HERE HEALTH,<br><br>Counterclaimant,<br><br>vs.<br><br>THE LAW OFFICES OF CHAD M. GOLIGHTLY, LTD.<br><br>Counterdefendant. | |

| | |
|---|---|
| UNITE HERE HEALTH, | |
| Crossclaimant, | |
| vs. | |
| ONEYDY MORALES, an individual; UNIVERSITY MEDICAL CENTER; AUXILIARY OF RIVERSIDE COMMUNITY HOSPITAL; AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA; MARK GLYMAN, M.D., D.D.S. AND ERIC D. SWANSON, M.D., D.M.D. LIMITED; SOUTHERN HILLS MEDICAL CENTER, LLC; American Medical Response of Southern California dba American Medical Response, a foreign corporation; DOES I through X; ROE CORPORATIONS XI through XX; | |
| Cross-Defendants. | |

I am an employee of Christensen James & Martin.  On August 28, 2015 I caused a true and correct copy of UNITE HERE Health's Answer, Counterclaims and Crossclaims, (filed with the Clerk of Court on August 28, 2015) and UNITE HERE Health's Notice of Removal (filed with the Clerk of Court on August 18, 2015), to be served by depositing true and correct copies into the United States Mail with prepaid first-class postage, addressed to the following parties at their last-known mailing addresses:

| | |
|---|---|
| The Law Offices of Chad M. Golightly, Ltd.<br>8560 S Eastern Ave<br>Las Vegas, NV 89123<br><br>UNIVERSITY MEDICAL CENTER<br>dba UMC Hospital<br>1800 West Charleston Blvd.<br>Las Vegas, NV 89102<br><br>Auxiliary of Riverside Community Hospital<br>Riverside Community Hospital<br>4445 Magnolia Avenue<br>Riverside, CA 92501<br><br>American Medical Response, Inc.<br>R/A CSC Services of Nevada, Inc.<br>2215-B Renaissance Dr.<br>Las Vegas, NV 89119 | American Medical Response of Southern California dba American Medical Response<br>R/A Corporation Service Company<br>2710 Gateway Oaks Dr., Ste. 150`N<br>Sacramento, CA 95833<br><br>Mark Glyman, M.d., D.d.s. and Eric D. Swanson, M.d., D.m.d. Limited<br>2030 E Flamingo Rd<br>Las Vegas, NV 89119-5163<br><br>SOUTHERN HILLS MEDICAL CENTER, LLC<br>R/A The Corporation Trust Company of Nevada<br>311 S. Division Street<br>Carson City, Nevada 89703 |

1  ONEYDY MORALES
   c/o The Law Offices of Chad M. Golightly, Ltd.
2  8560 S Eastern Ave
   Las Vegas, NV 89123
3

4                                              **CHRISTENSEN JAMES & MARTIN**

5                                              By: */s/ Natalie Saville*
                                                Natalie Saville
6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

**Exhibit A**