UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE LAW OFFICES OF CHAD M. GOLIGHTLY, LTD.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ONEYDY MORALES, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:15-cv-01589-JAD-PAL<br><br>ORDER<br><br>(Stip Ext Time – Dkt. #23) |

Before the court is the Stipulation and Order to Extend Time for Service (Dkt. #23) filed May 18, 2016. Defendant Unite Here Health was able to locate and serve Ms. Morales, filed an Acknowledgement of Service (Dkt. #25), and advised the court at the hearing on May 26, 2016, that counsel would provide updated address information to counsel for Plaintiff. Accordingly,

**IT IS ORDERED** that the Stipulation (Dkt. #23) is **DENIED as moot.**

DATED this 3rd day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE