**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (6375)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for Unite Here Health*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| THE LAW OFFICES OF CHAD M. GOLIGHTLY, LTD. <br><br> Plaintiff, <br><br> vs. <br><br> ONEYDY MORALES, an individual; UNIVERSITY MEDICAL CENTER; AUXILIARY OF RIVERSIDE COMMUNITY HOSPITAL; AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA; MARK GLYMAN, M.D., D.D.S. AND ERIC D. SWANSON, M.D., D.M.D. LIMITED; SOUTHERN HILLS MEDICAL CENTER, LLC; UNITE HERE HEALTH, a foreign corporation; American Medical Response of Southern California dba American Medical Response, a foreign corporation; DOES I through X; ROE CORPORATIONS XI through XX; <br><br> Defendants. | Case: 2:15-cv-01589-JAD-PAL <br><br><br><br><br> STIPULATION AND ORDER TO DISTRIBUTE INTERPLEADER PROCEEDS AND TO DISMISS CASE <br><br> ECF No. 43 |

Plaintiff THE LAW OFFICES OF CHAD M. GOLIGHTLY, LTD. ("GOLIGHTLY") and Defendant UNITE HERE HEALTH ("UHH") hereby stipulate, agree, and request this Court's Order as stated below.

IT IS STIPULATED that the parties signing this Stipulation and Order are the only parties remaining in this Case. All others have been defaulted for failing to appear or have disclaimed interest in the monies at issue in this case. *See* ECF Nos. 39 & 42.

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

IT IS STIPULATED AND AGREED that UHH and GOLIGHTLY each have valid liens against the $15,000 tort recovery (settlement proceeds) obtained by the now-defaulted defendant Oneydy Morales, and that GOLIGHTLY presently holds the settlement proceeds.

IT IS FURTHER STIPULATED AND AGREED that within ten (10) days after approval of this Stipulation by the Court, GOLIGHTLY shall distribute the sum of $10,000.00 to UHH, in care of UHH's counsel, Christensen James & Martin, in full satisfaction of UHH's lien in the amount of $70,296.06.

/ / /

/ / /

/ / /

1     IT IS FURTHER STIPULATED AND AGREED that the remaining sum of $5,000.00 may

2   be retained by GOLIGHTLY in full satisfaction of the claims for payment asserted by GOLIGHTLY

3   for attorney's fees earned and for costs advanced.

4     IT IS FURTHER STIPULATED AND AGREED that this matter and any related claims and

5   cases may be dismissed with prejudice.

7   DATED: April 18, 2017                    CHRISTENSEN JAMES & MARTIN

8                                            By: ___/s/ Daryl Martin_____
9                                                Daryl E. Martin (Bar No. 6735)
                                                 7440 W. Sahara Ave.
10                                               Las Vegas, NV 89117
                                                 *Attorneys for Unite Here Health*

11

12  DATED: April 18, 2017                    THE LAW OFFICES OF CHAD M. GOLIGHTLY,
                                             LTD.
13
                                             By: ___/s/ L. Dipaul Marrerro, II_____
14                                               L. Dipaul Marrrerro II, Esq.
                                                 (Bar No. 12441)
15                                               8560 S. Eastern Ave., Ste. 240
                                                 Las Vegas, NV 89123
16                                               *Attorneys for The Law Offices of Chad M.*
17                                               *Golightly, Ltd.*

18

19                          ──────────

20                              **ORDER**

21  Based on the parties' stipulation [ECF No. 43] and good cause appearing, IT IS SO
    ORDERED. This case is DISMISSED with prejudice, each side to bear its own fees and
22  costs.  The Clerk of Court is directed to CLOSE THIS CASE.

23

24  _____
    Jennifer Dorsey
25  United States District Judge
    4/19/17
26

27

28